## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | **MDL No. 2100** |
| LITIGATION | ) | |

**This Document Relates To:**

*Kelly Williamson v. Bayer Healthcare Pharmaceuticals, Inc., et al*          No. 11-cv-12847-DRH

*Karma A. Wilson v. Bayer Healthcare Pharmaceuticals, Inc., et al*          No. 11-cv-13145-DRH

*Kimberly R. Wood v. Bayer Healthcare Pharmaceuticals, Inc., et al*          No. 10-cv-12022-DRH

*Ashley Woolf v. Bayer Healthcare Pharmaceuticals, Inc., et al*          No. 11-cv-10616-DRH

*Angie York v. Bayer Corporation et al*          No. 10-cv-10701-DRH

*Nicole Marie Young v. Bayer Corporation et al*          No. 10-cv-12312-DRH

*Amanda Zenuh v. Bayer Healthcare Pharmaceuticals, Inc., et al*          No. 10-cv-13625-DRH

*Andrea Valdez et al v. Bayer Healthcare Pharmaceuticals, Inc., et al*          No. 10-cv-11031-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 14, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:  /s/*Caitlin Fischer***
    **Deputy Clerk**

**Dated:** August 15, 2014

David R.
Herndon
2014.08.15
06:15:45 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**